## KAREN ECKERT ET AL. *v.* FORT RACHEL MARINE SERVICES, INC.
### (AC 18277)

Schaller, Spear and Stoughton, Js.

Argued January 11—officially released February 1, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* THOM N. ASHBY
### (AC 19506)

Foti, Zarella and Dupont, Js.

Argued January 13—officially released February 1, 2000

Per Curiam. The judgment is affirmed.

## ROBERT BRIAN CRIM *v.* YALE UNIVERSITY ET AL.
### (AC 18877)

O'Connell, C. J., and Lavery and Hennessy, Js.

Argued January 13—officially released February 1, 2000

Per Curiam. The judgment is affirmed.